## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA, INC., | ) | Case No. 13-12503 (MFW) |
| a Delaware Corporation, *et al.*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. No. 231** |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA, INC., | ) | Case No. 13-12503 (MFW) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-4197635 | ) | |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| GATEHOUSE MEDIA SUBURBAN | ) | Case No. 13-12544 (MFW) |
| NEWSPAPERS, INC., | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |
| Tax I.D. No. 36-4305577 | | |

## FINAL DECREE CLOSING CHAPTER 11 CASES

Upon the motion (the "Motion")[2] of the Remaining Debtors for entry of a final decree and order closing the Remaining Cases; and upon consideration of the Motion and all pleadings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference from the*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: GateHouse Media, Inc. (n/k/a GateHouse Media, LLC) (7635) and GateHouse Media Suburban Newspapers, Inc. (5577). The address of the Debtors' corporate headquarters is 350 WillowBrook Office Park, Fairport, NY 14450. The chapter 11 cases of certain affiliated debtors have been closed. [*See* Docket No. 209].

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

01:15370181.3

*United States District Court for the District of Delaware* dated as of February 29, 2012, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances; and it appearing that the relief requested in the Motion is in the best interest of the Remaining Debtors' estates, their creditors and other parties-in-interest; and after due deliberation, and good and sufficient cause appearing therefor:

IT IS HEREBY ORDERED, ADJUDGED and DECREED that:

1. The Motion is GRANTED as set forth herein.

2. Each of following cases shall be closed, effective as of the date of this Order:

- GateHouse Media, Inc. (n/k/a GateHouse Media, LLC), Case No. 13-12503 (MFW);
- GateHouse Media Suburban Newspapers, Inc., Case No. 13-12544 (MFW);

3. A docket entry shall be made in each of the Remaining Cases reflecting the entry of this Order.

4. Entry of this Order is without prejudice to (a) the rights of any Debtor or other party in interest to seek to reopen any of the Remaining Cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the right of any Debtor to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against such Debtor in its chapter 11 case, but not objected to by such Debtor, as permitted by section 7.2 of the Plan.

5. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree and Order in accordance with the Motion.

6. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree and Order shall be immediately effective and enforceable upon its entry.

7. Epiq is hereby discharged as the claims and noticing agent of this Court in this case as of the date hereof.

8. To the extent that it has not already done so, Epiq shall promptly transfer all original proofs of claim and other documents filed on the claims register as of the Effective Date, as well as a claims register, in accordance with Local Rule 2002-1(f).

9. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation and/or enforcement of this Final Decree and Order.

Dated: Wilmington, Delaware
       May 28, 2014

_____
Mary F. Walrath
United States Bankruptcy Judge

01:15370181.3